TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-94-00297-CV







PMI Mortgage Insurance Co., Appellant



v.



Hugh E. Poage, Bonnie Poage, Dennis Krumblis, Donna Krumblis, Jan Cross and 


Al Benderman, Appellees







FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT


NO. 495,116, HONORABLE MARGARET A. COOPER, JUDGE PRESIDING







PER CURIAM




 The parties have filed a stipulation and joint motion to dismiss this appeal. The
motion is granted. Tex. R. App. P. 59(a)(1)(A).

 The appeal is dismissed.


Before Chief Justice Carroll, Justices Aboussie and Jones

Dismissed on Joint Motion

Filed: May 31, 1995

Do Not Publish